| | | |
|---|---|---|
| **JEANNETTE J. CLACK**<br>**CLERK OF COURT** | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>655 East Cesar E. Chavez Blvd., Suite G-65<br>San Antonio, Texas 78206 | **PHILIP J. DEVLIN**<br>**CHIEF DEPUTY** |

August 13, 2021

**Patricia A. Grant, PH.D.**
1001 Cooper Point Rd., SW #150-231
Olympia, WA 98502

RE: Case #5:21-cv-00761-FB

Dear Ms. Grant,

Your Complaint was received in our office on 08/12/2021, and assigned the above case number. Please reference this case number on all future documents submitted for filing in this case. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

                        Sincerely,

                        By____dtg_____
                            Deputy Clerk