IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA A. GRANT, PH.D., | § § § | |
| *Plaintiff*, | § § | 5-21-CV-00761-FB-RBF |
| vs. | § § § | |
| TEXAS STATE ATTORNEY GENERAL OPEN GOVERNMENT RECORDS, AND CONSUMER PROTECTION DIVISION *ET AL.* | § § § § § § | |
| *Defendants*. | § | |

# ORDER

Before the Court is the Application for Permission to File Electronically, Dkt. No. 2, filed by pro se Plaintiff Patricia A. Grant. Having considered the motion, the Court will grant it.

**IT IS THEREFORE ORDERED** that Plaintiff's Request for Electronic Filing, Dkt. No. 2, is **GRANTED**.

Plaintiff is directed to contact the Office of the District Clerk to obtain the e-filing and e-noticing registration form and to submit the fully completed form to the Clerk. Under standard procedures, the registration form will be processed by the Clerk, who has the responsibility of verifying, approving, and effectuating e-filing and e-noticing of court documents.

**IT IS SO ORDERED**.

SIGNED this 16th day of November, 2021.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE